PER CURIAM.
Affirmed. Fisher v. Shenandoah Gen. Constr. Co., 498 So.2d 882 (Fla.1986); Hoyt v. Corbett, 559 So.2d 98, 100 (Fla. 4th DCA), rev. denied, 569 So.2d 1278 (Fla.1990); Weller v. Reitz, 419 So.2d 739 (Fla. 5th DCA 1982); Pino v. Lopez, 361 So.2d 192 (Fla. 3d DCA), cert. denied, 365 So.2d 714 (Fla.1978); Freeman v. Equilease Corp., 346 So.2d 619 (Fla. 3d DCA 1977); Sherman v. Weintraub, 132 So.2d 421 (Fla. 3d DCA 1961); Fla.R.Civ.P. 1.510(e); § 440.09(1), Fla.Stat. (1989).